UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 1:24-cv-01426-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff Devon Harris, Jr. is proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In his complaint, Plaintiff alleges he has "active account[s] with numerous banks in the United States and Canada, and the Cayman Islands." (ECF No. 1 at 2).

Accordingly, **IT IS ORDERED** that:

Within thirty days of the date of service of this order, Plaintiff shall submit the attached long-form application to proceed *in forma pauperis*, AO 239, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.

\\\
\\\
\\\
\\\

1

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 22, 2024**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2